RICHARD F. McGINTY, OSB#86071
Attorney for Plaintiff
P.O. Box 12806
Salem, OR 97309
tel: 503.371.9636
fax: 503.371.2879
richard@mcginty-belcher.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **SCOTT R. LANDREY,** | Case No. 6:18-cv-01189-SB |
| Plaintiff, | |
| v. | **ORDER** |
| **COMMISSIONER OF SOCIAL SECURITY,** | |
| Defendant. | |

Attorney fees in the amount of $26,998.40 ($38,240 less $5,241.60 in EAJA Fees previously paid and less $6,000 paid to the hearings representative as a fee) are hereby awarded to Plaintiff's Attorney pursuant to 42 U.S.C. § 406(b). The Court finds this is a reasonable fee. The agency is directed to send to Plaintiff's attorney, at his current address shown above, the § 406(b) fee check. Any amount withheld after all administrative and court attorneys fees are paid

//

ORDER APPROVING § 406B ATTORNEY FEES                6:18-CV-001189-SB
McGinty & Belcher, Attorneys
P.O. Box 12806
Salem, OR 97309-0806
(503) 371-9636

Page 1

//

shall be released to the claimant.

    DATED this __12__ day of May 2020.

                                                             _____
                                                             Stacie F. Beckerman
                                                             United States Magistrate Judge

Submitted by:
Richard F. McGinty, OSB #860718
Attorney for Plaintiff

ORDER APPROVING § 406B ATTORNEY FEES            6:18-CV-001189-SB

McGinty & Belcher, Attorneys
P.O. Box 12806
Salem, OR 97309-0806
(503) 371-9636

Page 2